In the Matter of BARBARA P., a Person Alleged to be Incapacitated, Appellant. ROBERT DOAR, Respondent.

Submitted July 19, 2010; decided September 16, 2010

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

In the Matter of JOSH BROWN, Appellant, v BRIAN FISCHER et al., Respondents.

Submitted June 21, 2010; decided September 16, 2010

Motion for reconsideration of this Court's May 4, 2010 dismissal order denied [*see* 14 NY3d 852 (2010)].

COMMODITY FUTURES TRADING COMMISSION, Respondent, v STEPHEN WALSH et al., Defendants, and JANET WALSH, Appellant.

SECURITIES AND EXCHANGE COMMISSION, Respondent, v WG TRADING INVESTORS, L.P., et al., Defendants, ROBIN GREENWOOD, Relief Defendant, and JANET WALSH, Appellant.

Decided September 16, 2010

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.